JANET M. HEROLD, Regional Solicitor
MARC PILOTIN, Counsel for Wage and Hour
ROSE DARLING, Senior Trial Attorney
KATHERINE CAMERON, Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Tel: (415) 625-7744
Fax: (415) 625-7772
Email: darling.rose@dol.gov

Attorneys for R. Alexander Acosta, Secretary,
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE FINAL MILE WEST LLC, a Delaware company; and ON COURIER 365, INC., a California corporation<br><br>Defendants. | Case No.: 3:17-cv-06624-RS-SK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE AND CONTINUE TRIAL DATE** |

Plaintiff SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR ("Secretary"), and Defendants TFORCE FINAL MILE WEST LLC ("TForce") and ON COURIER 365, INC. ("OC 365") (collectively, "the parties"), believe good cause exists to modify the case schedule under Rule 16(b)(4). Good cause exists for the following reasons:

1. WHEREAS, on December 14, 2018, TForce produced approximately 27 gigabytes of information to the Secretary in response to Magistrate Judge Sallie Kim's order granting in part

and denying in party the Secretary's motion to compel. *See* Declaration of Rose Darling, ("Darling Decl."), attached hereto as Exhibit A, ¶ 3.

2. WHEREAS, due to technical issues, the Secretary was not able to fully access this information until January 11, 2019. Ex. A ¶ 3.

3. WHEREAS, the Secretary is in the process of reviewing TForce's recent production, which includes more than 50,000 documents (thousands of which are Excel spreadsheets) containing information potentially relevant to the Secretary's claims against Defendants. Ex. A ¶ 4.

4. WHEREAS, the Secretary estimates that his wage and hour investigator needs at least 90 days to review and analyze TForce's document production, including time to determine whether the material recently disclosed affects the amount of damages the Secretary alleges against Defendants. Ex. A ¶ 5.

5. WHEREAS, per the Court's Case Management Scheduling Order, fact discovery in this case ends on March 22, 2019, and trial is set to begin on October 21, 2019. Dkt. 40.

6. WHEREAS, given the size of TForce's recent production, the parties agree that additional time is needed to complete discovery in this case, including depositions of the parties' witnesses, and to prepare for trial. Ex. A ¶ 6.

7. WHEREAS, in addition, a settlement conference with the Hon. Kandis Westmore is currently scheduled for March 1, 2019, and the parties agree additional time is needed for that conference to be productive.

8. WHEREAS, this is the parties' first request to extend discovery or continue the trial date.

NOW, THEREFORE, the parties hereby stipulate and request an order as follows:

1. The fact discovery deadline shall be extended by approximately 150 days. Accordingly, all pretrial deadlines shall be modified as follows:

    a. On or before **August 16, 2019,** the parties shall complete all non-expert discovery.

|   |   |
|---|---|
| 1 |     b.    On or before **August 16, 2019**, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2). |

b. On or before **August 16, 2019**, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before **September 13, 2019**, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

d. On or before **September 27, 2019**, the parties shall complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4).

e. All pretrial motions shall be heard no later than **November 1, 2019**.

f. The final pretrial conference shall be held on **January 15, 2020.**

2. The settlement conference scheduled for March 1, 2019, shall be continued to a mutually convenient date. The parties are instructed to submit jointly agreed dates for the settlement conference to Magistrate Judge Westmore.

3. Trial shall commence on a date set by the Court on or after **February 3, 2020.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/31/19

                                  RICHARD SEEBORG
                                  United States District Judge

Respectfully submitted,

DATE: January 31, 2019

KATE O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

| s/ Rose Darling | s/ Ellen Arabian-Lee | s/ Brian Berry |
|---|---|---|
| ROSE DARLING<br>Senior Trial Attorney | ELLEN C. ARABIAN-LEE<br>Arabian-Lee Law Corp. | BRIAN D. BERRY<br>Ogletree Deakins Nash Smoak & Stewart, P.C. |
| Attorneys for the<br>Secretary of Labor | Attorney for Defendant<br>On Courier 365, Inc. | Attorney for Defendant<br>TForce Final Mile West, LLC |