JANET M. HEROLD, Regional Solicitor
BORIS ORLOV, Senior Trial Attorney (CA #223532)
KATHERINE E. CAMERON, Trial Attorney (WA #41777)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
Tel: (206) 757-6760
Fax: (206) 757-6761
Email: cameron.katherine.e@dol.gov
Attorneys for Eugene Scalia, Secretary,
United States Department of Labor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,[1]<br><br>    Plaintiff,<br><br>v.<br><br>TFORCE FINAL MILE WEST LLC, a Delaware company; and ON COURIER 365, INC., a California corporation,<br><br>    Defendants. | Case No. 3:17-cv-06624 RS-SK<br><br>**STIPULATION TO CONTINUE DATE OF SETTLEMENT CONFERENCE**; ORDER<br><br>Complaint Filed: November 16, 2017<br>Trial Date: August 24, 2020 |

Plaintiff SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR ("Secretary"), and Defendants TFORCE FINAL MILE WEST LLC ("TForce") and ON COURIER 365, INC. ("OC 365") (collectively, "the parties"), stipulate as follows:

    1.    WHEREAS, on October 7, 2019, the Court entered a stipulated order modifying the scheduling order and continuing the trial date. ECF 77;

    2.    WHEREAS, per the October 7 order, the settlement conference with Magistrate Judge Westmore scheduled for October 28, 2019, shall be continued to a mutually-convenient date

---

[1] Eugene Scalia was appointed Secretary of Labor effective September 30, 2019. Pursuant to Fed. R. Civ. P. 25(d) the caption has been changed to reflect the appointment

on or before January 31, 2020;

3. WHEREAS, the parties have met and conferred on a mutually-convenient dates to reschedule the settlement conference;

NOW, THEREFORE, the Parties hereby stipulate and request an order as follows:

4. The settlement conference date shall be continued to a date in January 2020. Parties are *not* available on the following dates: January 1-3, 6-9, 15, 17, 23-24, 27-31.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Settlement Conference shall be continued to January 13, 2020 at 11 a.m.

DATED: 10/18/2019

HON. KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

DATE: October 10, 2019

| *s/ Katherine E. Cameron* | *s/ Ellen Arabian-Lee* | *s/ Brian Berry* |
|---|---|---|
| KATHERINE E. CAMERON | ELLEN C. ARABIAN-LEE | BRIAN D. BERRY |
| U.S. Department of Labor | Arabian-Lee Law Corp. | Ogletree Deakins Nash Smoak & Stewart, P.C. |
| Attorneys for the Secretary of Labor | Attorney for Defendant On Courier 365, Inc. | Attorney for Defendant TForce Final Mile West, LLC |