ELLEN C. ARABIAN-LEE, SBN 151615
**ARABIAN-LEE LAW CORPORATION**
1731 East Roseville Parkway, Suite 150
Roseville, California 95661
Telephone (916) 242-8662
Facsimile (916) 797-7404
ellen@arabian-leelaw.com

SCOTT T. SHIBAYAMA, SBN 173571
**VISION LAW® CORPORATION**
1380 Lead Hill Boulevard, Suite 106
Roseville, CA  95661
Telephone (916) 780-1920
Facsimile (916)780-1921
scott@visionlaw.com

Attorneys for Defendant,
**ON COURIER 365, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>TFORCE FINAL MILE WEST, LLC, a Delaware company; and ON COURIER 365, INC., a California corporation,<br><br>Defendants. | Case No. 3:17-cv-06624-RS<br><br>**STIPULATION (SECOND) TO EXTEND TIME TO FINALIZE CONDITIONAL SETTLEMENT BETWEEN DEFENDANT ON COURIER 365, INC. AND PLAINTIFF; ORDER**<br><br>Complaint Filed:  November 16, 2017<br>Trial Date:  August 24, 2020 |

Plaintiff SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR

("Secretary"), and Defendant ON COURIER 365, INC. ("OC365") (collectively "the

Parties"), stipulate as follows:

1. WHEREAS on January 13, 2020, the Parties attended a Settlement Conference with Judge Kandis A. Westmore;

2. WHEREAS a conditional settlement, subject to a written consent judgment, was reached between the Plaintiff and Defendant OC 365;

3. WHEREAS Judge Westmore's subsequent report gave the parties until January 21, 2020, to submit a written consent judgment *(*Dkt. 83);

4. WHEREAS pursuant to stipulation between the parties, Judge Westmore gave the parties an extension until February 4, 2020, to submit a written consent judgment (Dkt. 85);

5. WHEREAS the parties are still actively working on finalizing a consent agreement, but need more time than originally planned due to issues that have arisen since the settlement conference;

6. WHEREAS the parties are requesting an additional two weeks, until February 18, to file a consent judgment;

NOW THEREFORE, the Parties hereby stipulate and request an order as follows:

7. That the time to file a written consent judgment in connection with the conditional settlement agreement entered into between Plaintiff and Defendant On Courier 365, Inc. is extended from February 4, 2020 to February 18, 2020.

**STIPULATION (SECOND) TO EXTEND TIME TO FINALIZE CONDITIONAL SETTLEMENT BETWEEN DEFENDANT ON COURIER 365, INC. AND PLAINTIFF**

Respectfully submitted,

Dated: February 4, 2020 **ARABIAN-LEE LAW CORPORATION**

By /s/ Ellen C. Arabian-Lee
ELLEN C. ARABIAN-LEE
Attorneys for Defendant
ON COURIER 365, INC.

Dated: February 4, 2020 **UNITED STATES DEPARTMENT OF LABOR**

By /s/ Katherine E. Cameron
KATHERINE E. CAMERON
Attorneys for Plaintiff
U.S. Department of Labor

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The time to file a written consent judgment in connection with the conditional settlement agreement entered into between Plaintiff and Defendant On Courier 365, Inc. is extended from February 4, 2020 to February 18, 2020.

DATED: 2/5/2020

_____
HON. KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE