JANET M. HEROLD, Regional Solicitor
BORIS ORLOV, Senior Trial Attorney (CA #223532)
KATHERINE E. CAMERON, Trial Attorney (WA #41777)
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
300 Fifth Avenue, Suite 1120
Seattle, WA 98104
Tel: (206) 757-6760
Fax: (206) 757-6761
Email: cameron.katherine.e@dol.gov
Attorneys for Eugene Scalia, Secretary,
United States Department of Labor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE FINAL MILE WEST LLC, a Delaware company; and ON COURIER 365, INC., a California corporation,<br><br>Defendants. | Case No. 3:17-cv-06624 RS-SK<br><br>**STIPULATION TO MODIFY CASE SCHEDULE**<br><br>**[AS MODIFIED BY THE COURT]**<br><br>Complaint Filed: November 16, 2017<br>Trial Date: August 24, 2020 |

Plaintiff EUGENE SCALIA, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR ("Plaintiff") and Defendant TFORCE FINAL MILE WEST LLC ("TForce") (collectively, "the Parties"), submit this stipulated request for the Court to modify the schedule for good cause under Rule 16(b)(4). Good cause to modify the case schedule exists, for the following reasons:

1. On November 16, 2017, Plaintiff initiated this lawsuit by filing a complaint in this Court. ECF 1.

2. On March 22, 2018, the Court entered a Scheduling Order, following the initial Case Management Conference. ECF 40. The Order set trial for October 21, 2019. *Id.*

3. On October 7, 2019, the Court entered the operative Scheduling Order following the Parties' stipulation to modify the case schedule. ECF 77.

4. On February 26, 2020, the Court modified pretrial and discovery deadlines while keeping the trial date the same following the Parties' stipulation to modify the case schedule. ECF 100.

5. Plaintiff and Defendant On Courier 365, Inc., reached a settlement and this court entered a consent judgment on February 26, 2020. ECF. 102.

6. The Parties have been diligently conducting discovery including bringing several discovery disputes to the court for resolution.

7. The Parties' discovery has been impacted by events beyond their control and requires more time to complete. First, discovery has been slowed because of a delay by third-party Google, Inc. in producing complete delivery data due to the unavailability of the individual who has access to the data. The new data from Google, Inc., produced yesterday, is voluminous and requires in-depth analysis. Expert witnesses will not have adequate time to analyze the data before the current deadline for expert disclosures (i.e., next Monday, March 23). Second, Defendant's ESI vendor, Epiq, was subject to a cyber-attack on March 2, 2020 that forced it to shut down ESI access and services to its clients nationwide, including TForce. To date, TForce's access to the ESI review platform hosted by Epiq has not been fully restored. This has slowed the processing and production of documents, and it has delayed at least one deposition that was originally scheduled for last week in Charlotte, North Carolina. Third, on March 16, 2020, the Court issued an order (ECF 107) modifying Magistrate Judge Kim's discovery order regarding

the Secretary's identification of driver-witnesses for deposition. The discovery order may give rise to discovery and depositions that the Parties need to complete, along with several other depositions, before discovery closes. Finally, recent events related to the coronavirus, including significant limitations on travel and movement nationwide and the March 16, 2020 "shelter in place" order in Northern California, has made scheduling depositions, preparing witnesses for deposition, and securing attendance of witnesses insurmountably difficult in the short term before discovery closes. Thus, the Parties wish to continue the trial and pre-trial dates accordingly.

NOW, THEREFORE, the Parties hereby stipulate and request that the Court modify the schedule to reflect the following dates:

a. Case Management Conference currently set for **May 21, 2020**, will be continued to ~~a date convenient for the Court~~. **August 27, 2020. Case Management Statement due August 20, 2020.**

b. On or before **August 14, 2020**, the parties shall designate experts.

c. On or before **September 16, 2020**, the parties shall designate their supplemental and rebuttal experts.

d. On or before **October 16, 2020,** the Parties shall complete all non-expert discovery.

e. On or before **October 16, 2020**, the parties shall complete all discovery of expert witnesses.

f. All pretrial motions shall be heard no later than **December ~~18~~ 17, 2020**, ~~or as soon thereafter as the Court is available~~.

g. The final pretrial conference shall be held on **February 3, 2021**~~, or as soon thereafter as the Court is available.~~

h. Trial shall commence on ~~a date set by the Court on or after~~ **February 22, 2021**, ~~or as soon thereafter as the Court is available.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/18/2020

_____
RICHARD SEEBORG
United States District Judge

Respectfully submitted,

3     Case No. 3:17-cv-06624 RS-SK
STIPULATION TO MODIFY CASE SCHEDULE

DATE: March 17, 2020

*s/ Boris Orlov*
BORIS ORLOV
U.S. Department of Labor

Attorneys for the
Secretary of Labor

*s/ Brian Berry*
BRIAN D. BERRY
Ogletree Deakins Nash Smoak & Stewart, P.C.

Attorney for Defendant
TForce Final Mile West, LLC